**Wade H. LIVINGSTON, as Administrator of the Estate of Grady W. Livingston, Deceased, Appellant,**

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY, Appellee.**

**No. 13498.**

United States Court of Appeals
Fourth Circuit.

Argued Jan. 6, 1970.

Decided Jan. 12, 1970.

L. M. Fanning and W. T. Klapman, Orangeburg, S. C., for appellant.

C. Walker Limehouse, Orangeburg, S. C., for appellee.

Before BOREMAN, WINTER, and CRAVEN, Circuit Judges.

PER CURIAM:

For the reasons stated by the district judge, the judgment of the district court will be

Affirmed.